**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No. 0:22-cv-61462-WPD

HOWARD MICHAEL CAPLAN,

    Plaintiff,

vs.

MACK THE MECHANIC, INC., a Florida Profit Corporation d/b/a BAVARIA AUTOMOTIVE and MARIA BUTLER, as Personal Representative of the Estate of Joseph Butler,

    Defendants.
_____/

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff, HOWARD MICHAEL CAPLAN, and Defendants, MACK THE MECHANIC, INC. d/b/a BAVARIA AUTOMOTIVE and MARIA BUTLER, as Personal Representative of the Estate of Joseph Butler (hereafter, "the Parties"), by and through their undersigned attorneys, and pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby jointly stipulate to a dismissal of this action with prejudice. All Parties shall bear their own attorneys' fees, costs and expenses other than those specified in a Confidential Settlement Agreement, and other than enforcement of said settlement agreement, agree not to file any additional motions in this matter. The Court retains jurisdiction to enforce the terms of the Parties' Confidential Settlement Agreement. This stipulation is contingent on the Court retaining jurisdiction to enforce the terms of the Parties' Confidential Settlement Agreement. All Parties consent to the form and content of this Stipulation and Order.

Respectfully submitted,

By: *Ronald E. Stern*
Ronald E. Stern, Esq.
Florida Bar No. 10089
Ronnette Gleizer, Esq.
Florida Bar No. 87417
THE ADVOCACY LAW FIRM, P.A.
1835 E Hallandale Beach Blvd., # 757
Hallandale, Florida 33009
Telephone: (954) 639-7016
Facsimile: (954) 639-7198
Email: ronsternlaw@gmail.com, advocacylawfirmpa@gmail.com
Attorneys for Plaintiff, HOWARD MICHAEL CAPLAN

By: *Ashley J. Novander*
Ashley J. Novander, Esq.
Florida Bar No. 122234
Collins Brown Barkett, Chtd.
756 Beachland Boulevard
Vero Beach, FL 32963
Telephone: (772) 231-4343
Facsimile: (772) 234-5213
Email: Anovander@verolaw.com
Attorney for Defendant, MACK THE MECHANIC, INC. d/b/a BAVARIA AUTOMOTIVE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 0:22-cv-61462-WPD

HOWARD MICHAEL CAPLAN,

      Plaintiff,

vs.

MACK THE MECHANIC, INC., a Florida Profit Corporation d/b/a BAVARIA AUTOMOTIVE and MARIA BUTLER, as Personal Representative of the Estate of Joseph Butler

      Defendant(s).
_____/

**CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that on December 22, 2022, I electronically filed the foregoing with the Clerk of Court using CM/ECF. I also certify that the aforementioned documents are being served on all counsel of record, corporations, or pro se parties identified on the attached Service List in the manner specified either via transmission of Notices of Electronic Filing generated by CM/ECF or via U.S. Mail for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By: _Ronald E. Stern_
Ronald E. Stern, Esq.
Florida Bar No. 10089
Ronnette Gleizer, Esq.
Florida Bar No. 87417
THE ADVOCACY LAW FIRM, P.A.
1835 E Hallandale Beach Blvd., # 757
Hallandale, Florida 33009
Telephone: (954) 639-7016
Facsimile: (954) 639-7198
Email: ronsternlaw@gmail.com, advocacylawfirmpa@gmail.com
Attorneys for Plaintiff

## SERVICE LIST:

HOWARD MICHAEL CAPLAN vs. MACK THE MECHANIC, INC., a Florida Profit Corporation d/b/a BAVARIA AUTOMOTIVE and MARIA BUTLER, as Personal Representative of the Estate of Joseph Butler

United States District Court Southern District of Florida

Case No. 0:22-cv-61462-WPD

### MACK THE MECHANIC, INC. d/b/a BAVARIA AUTOMOTIVE

Ashley J. Novander, Esq.
Florida Bar No. 122234
Collins Brown Barkett, Chtd.
756 Beachland Boulevard
Vero Beach, FL 32963
Telephone: (772) 231-4343
Facsimile: (772) 234-5213
Email: Anovander@verolaw.com
Attorney for Defendant

**VIA CM/ECF**

### MARIA BUTLER, as Personal Representative of the Estate of Joseph Butler

c/o Stephanie M. LeBlanc, Esq.
5070 Hwy A1A, Ste. 221
Vero Beach, FL 32963

**VIA U.S. MAIL**